# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _606 NW 3rd, Tulia, TX 79088_

Address of Defendant: _640 Lee Road, Chesterbrook, PA 19087_

Place of Accident, Incident or Transaction: _640 Lee Road, Chesterbrook, PA 19087_
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes☐ No☒

Does this case involve multidistrict litigation possibilities? _See attached_ Yes☒ No☐
RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐ No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☒ No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐ No☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐ No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☒ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _Scott Alan George_, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _5/2/2014_ _____ _81996_
Attorney-at-Law                    Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _5/2/2014_ _____ _81996_
Attorney-at-Law                    Attorney I.D.#

CIV. 609 (5/2012)

**Related Cases:**

Albright v. AbbVie Inc., et al., 14-2112 (E.D.Pa.)
Assigned to: HON. FELIPE RESTREPO

Harris v. Abbvie Inc., et al., 14-2113 (E.D.Pa.)
Assigned to: HON. FELIPE RESTREPO

Husted, Sr. v. Abbvie Inc., et al., 14-2111 (E.D.Pa.)
Assigned to: HON. FELIPE RESTREPO

McGill v. Actavis, Inc., et al., 14-2177 (E.D.Pa.)
Assigned to: HON. FELIPE RESTREPO

Tejeda v. AbbVie Inc., et al., 14-946 (E.D.Pa.)
Assigned to: HON. FELIPE RESTREPO

Hill v. Auxilium Pharmaceuticals, Inc., 14-2189 (E.D.Pa.)
Assigned to: HON. FELIPE RESTREPO

Amerson v. Abbott Laboratories, Inc., et al., 14-cv-02206 (E.D.Pa.)
Assigned to: HONORABLE TIMOTHY J. SAVAGE

Oxsheer v. Abbott Laboratories, Inc., et al, 14-2391 (E.D. Pa)
Assigned to: HON. NITZA I QUINONES ALEJANDRO