IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) Case No. 14 C 1748 ) MDL No. 2545 ) Honorable Matthew F. Kennelly ) |
| This Document Relates to: Case No. 14-cv-04564 HERMAN TYDELL HENDRIX, v. AUXILIUM PHARMACEUTICALS, INC. | ) ) ) ) ) ) ) |

## NOTICE OF MOTION

**TO:** All Counsel of Record

    PLEASE TAKE NOTICE: On Thursday, July 15, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Matthew F. Kennelly or any judge sitting in his stead, in Courtroom 2103 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present his **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**, a copy of which was filed on July 2, 2014, and was served upon you via the Court's CM/ECF System.

Dated:  July 8, 2014                                       Respectfully submitted,

                                                           By:     /s/ Bruce W. Steckler
                                                           Bruce W. Steckler
                                                           **STECKLER LLP**
                                                           12720 Hillcrest Road – Suite 1045
                                                           Dallas, TX  75230
                                                           T:  972-387-4040
                                                           F:  972-387-4041
                                                           bruce@stecklerlaw.com


                                                           ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

	The foregoing Notice of Motion was electronically filed on July 8, 2014, with the Clerk of Court using the CM/ECF System, which will automatically send email notification of such filings to attorneys of record.


                                                             /s/ Bruce W. Steckler